**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| **ZITO LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**CRJ, INC., RIPKEN HOLDINGS LLC, RIPKEN BASEBALL CAMPS & CLINICS LLC, RIPKEN BASEBALL ACADEMY LLC, RIPKEN ENTERPRISES LLC, AND R-C MYRTLE BEACH, LLC,**<br><br>    **Defendants.** | Civil Action No. JKB-17-1733<br><br>JURY TRIAL DEMANDED |

**MOTION TO AMEND ORIGINAL COMPLAINT FOR PATENT INFRINGMENT**

Under this Court's August 18, 2017, Scheduling Order (Doc. 19) and Federal Rule of Civil Procedure ("FRCP") 15(a)(2), Plaintiff Zito LLC timely files its Motion to Amend its Original Complaint for Patent Infringement by today's deadline (September 18, 2017). Defendants oppose this motion.

Since the filing of Plaintiff's Original Complaint for Patent Infringement on June 23, 2017, Plaintiff has learned through discovery that additional entities are infringing Plaintiff's patents and has learned of the expanded scope of Defendants' infringement of Plaintiff's patents through their making, using, selling, and offering for sale their Ripken Performance Metrics System. Plaintiff's First Amended Complaint for Patent Infringement ("FAC") names the additional entities as defendants and provides a description of Defendants' expanded infringement as required under Rule 8(a)(2) in Exhibits C and D. The FAC also clarifies the Original Complaint by matching the asserted claims in the pleading with the asserted claims in Exhibits C and D, providing the background of Mr. Zito's termination, and numbering the paragraphs consecutively.

Under FRCP 15(a)(2), a party may amend its complaint with the court's leave when the opposing party does not consent to the amendment. The court "should freely give leave [to

amend the complaint] when justice so requires." FRCP 15(a)(2). Thus, "leave to amend should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or amendment would be futile." *Matrix Capital Mgmt. Fund, LP v. BearingPoint, Inc.*, 576 F.3d 172, 193 (4th Cir. 2009) (internal citation and quotation marks omitted).

Defendants will suffer no prejudice with Plaintiff's FAC. Plaintiff has timely requested amendment of its Original Complaint according to this Court's Scheduling Order; the FAC is Plaintiff's first proposed amendment of its Original Complaint; the parties have until December 1, 2017, to complete their preliminary discovery; Plaintiff has propounded its discovery requests on Defendants; and Defendants have not propounded their discovery requests on Plaintiff as of the filing of this motion.

For these reasons, Plaintiff respectfully requests that this Court grant its Motion to Amend its Original Complaint for Patent Infringement.

Attached to this motion under Local Rule 103.6 is a clean copy of the FAC and a copy showing the edits to the Original Complaint. Plaintiff is adding defendants to its FAC, so copies of all exhibits are attached for service upon the added defendants.

Dated: September 18, 2017                    Respectfully submitted,

Peter J. Corcoran, III                       */s/ Jan I Berlage*
MDD Bar No. 807215                           Jan I Berlage (23937)
CORCORAN IP LAW, PLLC                        Gohn Hankey Stichel & Berlage, LLP
2019 Richmond Road, Suite 380                201 N Charles St Ste 2101
Texarkana, Texas 75503                       Baltimore, MD 21201
Tel: (903) 701-2481                          (410) 752-9300
Fax: (844) 362-3291                          Fax: (410) 752-2519
Email: peter@corcoranip.com                  Email: jberlage@ghsllp.com

                                             *Counsel for Plaintiff*
                                             *Zito LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2017 a copy Plaintiff's Motion to Amend Original Complaint for Patent Infringement was served via CM/ECF and/or first class mail, postage pre-paid to:

>Aiyda Ghahramani, Esquire
>John Frank Rabena, Esquire
>Wlliam M. Mandir, Esquire
>Sughrue Mion, PLLC
>2100 Pennsylvania Avenue, NW
>Washington, DC 20037
>
>Peter J. Corcoran, III, Esquire
>Corcoran IP Law PLLC
>2019 Richmond Road, Suite 380
>Texarkana, Texas 75503

*/s/ Jan I. Berlage*
Jan I. Berlage  23937