**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| ZITO LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:17-cv-01733-JKB |
| v. | ) | |
| | ) | |
| CRJ, INC. AND RIPKEN BASEBALL | ) | |
| CAMPS AND CLINICS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO SEAL**
**DECLARATION OF DIANE ERICKSON**

Pursuant to Local Rule 105.11, Defendants CRJ, Inc. and Ripken Baseball Camps and Clinics LLC (collectively "CRJ"), by and through its undersigned attorneys, hereby request that the court seal its Declaration of Diane Erickson in support of Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

In support of its Motion to Seal, CRJ states as follows:

1.   The Declaration of Diane Erickson contains highly sensitive and confidential business information.

2.   Under the circumstances, there is no alternative to sealing that would provide sufficient protection for the information contained in this Confidential document. If the Declaration is included in the public record, the confidentiality of the business information contained therein, would be irreversibly lost.

1

WHEREFORE, CRJ requests that this Court seal its Declaration of Diane Erickson in support of Defendants' Opposition to Plaintiff's Motion for Leave to File an Amended Complaint.

DATED: October 2, 2017

|  | Respectfully submitted, |
|--|--|
|  | /s/ *John F. Rabena* |
|  | John F. Rabena (Bar No. 19423)<br>SUGHRUE MION PLLC<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>Tel.: (202) 293-7060<br>Fax: (202) 293-7860<br>jrabena@sughrue.com |
|  | OF COUNSEL |
|  | William H. Mandir (*admitted Pro Hac*)<br>Aiyda Ghahramani (*admitted Pro Hac*)<br>SUGHRUE MION PLLC<br>2100 Pennsylvania Ave. NW<br>Washington, DC 20037<br>Tel.: (202) 293-7060<br>Fax: (202) 293-7860<br>wmandir@sughrue.com<br>acobb@sughrue.com |
|  | *Attorneys for Defendants CRJ, Inc. and Ripken Baseball Camps and Clinics LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing  MOTION TO SEAL

DECLARATION OF DIANE ERICKSON was served via electronic mail and by means of the

Court's CM/ECF system on all counsel of record who have consented to electronic service on

this 2nd day of October, 2017.


*/s/ Konah Duche*_____