UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **ZITO LLC,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**CRJ, INC. AND RIPKEN BASEBALL CAMPS & CLINICS LLC,**<br><br>　　　　**Defendant.** | Civil Action No. JKB-17-1733 |

**CONSENT MOTION TO FILE LOCAL RULE 104.7
CERTIFICATE OF CONFERENCE UNDER SEAL**

　　　Plaintiff, Zito, LLC, hereby requests that the Local Rule 104.7 Certificate of Conference, which includes confidential information between the parties, be filed under seal. Defendants CRJ, Inc. and Ripken Baseball Camps & Clinics LLC consent to the Certificate of Conference being filed under seal.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Jan I. Berlage
　　　　　　　　　　　　　　　　　Jan I. Berlage 23937
　　　　　　　　　　　　　　　　　Gohn Hankey Stichel & Berlage LLP
　　　　　　　　　　　　　　　　　201 N. Charles Street, Suite 2101
　　　　　　　　　　　　　　　　　Baltimore, Maryland 21201
　　　　　　　　　　　　　　　　　410-752-9300
　　　　　　　　　　　　　　　　　410-752-2519 (fax)
　　　　　　　　　　　　　　　　　jberlage@ghsllp.com

　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

　　　The undersigned certifies that all counsel of record whom have consented to electronic service were served with a copy of this document under this Court's CM/ECF system on December 28, 2017, as required under this Court's local rules and Fed. R. Civ. P. 5(a).

　　　　　　　　　　　　　　　　　*/s/* Jan I. Berlage
　　　　　　　　　　　　　　　　　Jan I. Berlage 23937