## Wright, Constable & Skeen, L.L.P. | Attorneys at Law

7 Saint Paul Street, 18th Floor · Baltimore, Maryland 21202 · Phone: 410-659-1300 · Toll Free: 1-888-894-7602· Fax: 410-659-1350

**JAMES K. ARCHIBALD**
Writer's Direct Dial / Email:
(410) 659-1326 / jarchibald@wcslaw.com

June 5, 2018

**VIA ECF and HAND DELIVERY**

The Honorable James K. Bredar
Chief Judge, United States District Court
United States District Court
for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

   Re: Zito LLC v. CRJ, Inc., et al.
      Civil Action No. 1:17-cv-01733-JKB

Dear Chief Judge Bredar:

  I am having this letter hand-delivered to you as well as filed via ECF to bring to your attention as soon as possible the attached Rule 58(e) motion and memorandum, which seeks to have Defendants' May 25 motion for attorney's fees have the same effect under FRAP 4(a)(4) as a timely motion under Rule 59 – thus enabling an appeal on the merits and any appeal of the Court's disposition of the pending motion for attorney's fees to be filed and efficiently addressed at the same time. I do so because Rule 58(e) provides that the motion may only be acted upon "before a notice of appeal has been filed and become effective." Plaintiff's notice of appeal as to the May 11 merits ruling and judgment, absent the Court's order requested in the motion, currently must be filed by Monday, June 11. Plaintiff's counsel will of course make themselves available for a telephone or in-person conference at any time if Your Honor desires it.

            Respectfully submitted,

            /s/

            James K. Archibald

cc: All Counsel of Record (via email)