IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| ZITO LLC | * | |
| Plaintiff | * | |
| v. | * | CIVIL ACTION NO. |
| | * | 1:17-cv-01733-JKB |
| CRJ, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff's Motion for a Rule 58(e) Order that Defendants' timely motion for attorney's fees under Rule 54(d)(2) (ECF No. 66) have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59, and any Opposition thereto, and no notice of appeal having yet been filed, and it appearing that the Motion is well-founded, it is this 6 day of June, 2018,

ORDERED, that Defendants' pending motion for attorney's fees shall have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

_____
Honorable James K. Bredar
Chief Judge, United States District Court
For the District of Maryland

{00371859v. (16103.00002)}